BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3114 |
|---|---|

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Alex Petroski | AT&T, Inc. | N.D. Tex. | 3:24-cv-00757 | Hon. Sam A. Lindsay |
| 2 | Nicholas Nelli | AT&T, Inc. | N.D. Tex. | 3:24-cv-00759 | Hon. Ada Brown |
| 3 | Mike Montoya | AT&T, Inc. | N.D. Tex. | 3:24-cv-00760 | Hon. David C. Godbey |
| 4 | C. Mario Jaramillo | AT&T, Inc. | N.D. Tex. | 3:24-cv-00761 | Hon. Sam A. Lindsay |
| 5 | Matthew Barkley | AT&T, Inc. | N.D. Tex. | 3:24-cv-00769 | Hon. David C. Godbey |
| 6 | Lacrista A. Bagley | AT&T, Inc. | N.D. Tex. | 3:24-cv-00770 | Hon. Brantley Starr |
| 7 | Jeffrey Cumo and Tiara Alston | AT&T, Inc. | N.D. Tex. | 3:24-cv-00772 | Hon. Sam A. Lindsay |
| 8 | Richard Slovenkay and Wesley Hansen | AT&T, Inc. | N.D. Tex. | 3:24-cv-00774 | Hon. Brantley Starr |
| 9 | Rachel Collier | AT&T, Inc. | N.D. Tex. | 3:24-cv-00782 | Hon. Ed Kinkeade |
| 10 | Patricia Dean | AT&T, Inc. | N.D. Tex. | 3:24-cv-00776 | Hon. Brantley Starr |
| 11 | Sam Knight | AT&T, Inc. | W.D. Okla. | 5:24-cv-00324 | Hon. Timothy D. DeGiusti |
| 12 | Andrew March | AT&T, Inc. | N.D. Tex. | 3:24-cv-00758 | Hon. Sam A. Lindsay |

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO.: 3114 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 5, 2024, I electronically filed the following: Notice of Appearance, Schedule of Actions, and Proof of Service using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to all counsel of record in this action. I further certify that a copy of the foregoing was served via electronic mail on all counsel or parties as follows:

| **SERVICE VIA ELECTRONIC MAIL TO:** | |
|---|---|
| | */s/Gilbert S. Keteltas*<br>Gilbert S. Keteltas<br>**BAKER HOSTETLER, LLP**<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br>Tel.: (202) 861-1530<br>Fax: (202) 861-1783<br>Email: gketeltas@bakerlaw.com<br><br>**Counsel for Defendant AT&T, Inc** |
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>jkendall@kendalllawgroup.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00757**<br>**CASE #: 3:24-cv-00758**<br>**CASE #: 3:24-cv-00774**<br>**CASE #: 3:24-cv-00772**<br>**CASE #: 3:24-cv-00760** | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>bruce@swclaw.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 |

| | |
|---|---|
| | Telephone: (813) 223-5505<br>Facsimile: (813) 222-2434<br>jeanmartin@forthepeople.com<br>fburne@forthepeople.com<br><br>Counsel for Plaintiff Patricia Dean in:<br>**CASE #: 3:24-cv-00776** |
| Ronald Wright Armstrong, II<br>The Armstrong Firm, PLLC<br>109 Yoalana St.<br>Suite 210<br>Boerne, TX 78006<br>210-277-0542<br>Fax: 210-277-0548<br>rwaii@tafpllc.com<br><br>Debbie Branscum<br>Law Office of Debbie Branscum<br>PO Box 394<br>Bedford, TX 76095-0394<br>214-206-1975<br>Fax: 214-432-0130<br>dbranscum@tx.rr.com<br><br>Scott Edward Cole<br>Cole & Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>sec@colevannote.com<br>Counsel for Plaintiff Rachel Collier in:<br>**CASE #: 3:24-cv-00782** | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>bruce@swclaw.com<br><br>Jeffrey Miles Ostrow<br>Steven Sukert<br>Kopelowitz Ostrow P.A.<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>ostrow@kolawyers.com<br><br>Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com<br><br>J. Gerard Stranch, IV<br>STRANCH, JENNINGS &<br>GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br><br>Counsel for Plaintiff Nicholas Nelli in:<br>**CASE #: 3:24-cv-00759** |
| Bruce William Steckler<br>Steckler Wayne & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045 | David J. George<br>Brittany L. Brown<br>9897 Lake Worth Drive, Suite 302<br>Lake Worth, Florida 33467 |

| | |
|---|---|
| Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>bruce@swclaw.com<br><br>Bryan L. Bleichner<br>Philip J. Krzeski<br>CHESTNUT CAMBRONNE PA<br>100 Washington Ave., Ste. 100<br>Minneapolis, MN 55401-2138<br>Phone: (612) 767-3600<br>Fax: (612) 336-2940<br>bbleichner@chestnutcambronne.com<br>pkrzeski@chestnutcambronne.com<br><br>Counsel for Plaintiff Matthew Barkley in:<br>**CASE #: 3:24-cv-00769** | Telephone: (561) 232-6002<br>Facsimile: (888) 421-4173<br>dgeorge@4-Justice.com<br>bbrown@4-Justice.com<br>eservice@4-Justice.com<br><br>Lori G. Feldman<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Telephone: (917) 983-9321<br>Facsimile: (888) 421-4173<br>lfeldman@4-Justice.com<br><br>Janine L. Pollack<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Telephone: (917) 983-2707<br>Facsimile: (888) 421-4173<br>jpollack@4-Justice.com<br><br>Counsel for Plaintiff C. Mario Jaramillo in:<br>**CASE #: 3:24-cv-00761** |
| William B Federman<br>Kennedy M. Brian<br>Federman & Sherwood<br>212 W Spring Valley Road<br>Richardson, TX 75081<br>214-696-1100<br>Fax: 214-740-0112<br>wbf@federmanlaw.com<br>kpb@federmanlaw.com<br><br>Counsel for Plaintiff Lacrista A. Bagley in:<br>**CASE #: 3:24-cv-00770** | Joseph M. Lyon<br>Kevin M. Cox<br>THE LYON FIRM<br>2754 Erie Avenue<br>Cincinnati, Ohio 45208<br>Phone: 513-381-2333<br>Fax: 513-766-9011<br>jlyon@thelyonfirm.com<br>kcox@thelyonfirm.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00772** |
| Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>Phone: (513) 651-3700<br>Fax: (513) 665-0219<br>tcoates@msdlegal.com<br>jwalker@msdlegal.com<br>jdeters@msdlegal.com<br><br>Counsel for Plaintiff Andrew March in:<br>**CASE #: 3:24-cv-00758** | Samuel J. Strauss<br>Raina C. Borrelli<br>TURKE & STRAUSS LLP<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Telephone (608) 237-1775<br>Facsimile: (608) 509-4423<br>sam@turkestrauss.com<br>raina@turkestrauss.com<br><br>Counsel for Plaintiff Mike Montoya in:<br>**CASE #: 3:24-cv-00760** |

| | |
|---|---|
| Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>mbarney@sirillp.com<br>tbean@sirillp.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00774** | Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel.: 866-252-0878<br>Email: gklinger@milberg.com<br><br>James J. Pizzirusso<br>HAUSFELD LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel.: (202) 540-7200<br>Fax: (202) 540-7201<br>Email: jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>Tel.: (646) 357-1100<br>Fax: (212) 202-4322<br>Email: snathan@hausfeld.com<br><br>Joe Kendall<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek, Suite 1450<br>Dallas, TX 75219<br>Tel.: (214) 744-3000<br>Fax: (877) 744-3728<br>Email: jkendall@kendalllawgroup.com<br><br>Counsel for Plaintiff Alex Petroski in:<br>**CASE #: 3:24-cv-00757** |
| William B. Federman<br>Kennedy M. Brian<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>P: 405-235-1560<br>F: 405-239-2112<br>wbf@federmanlaw.com<br>kpb@federmanlaw.com<br><br>Counsel for Plaintiff Sam Knight in:<br>**CASE #: 5:24-cv-00324** | |

| **SERVICE VIA FIRST CLASS U.S. MAIL TO:** | |
| --- | --- |
| United States District Court<br>For the Northern District of Texas<br>1100 Commerce Street<br>Room 1452<br>Dallas, TX 75242 | |
| United States District Court<br>For the Western District of Oklahoma<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | |

/s/ Patrick Yarborough
Patrick Yarborough
Texas Bar No. 24084129
patrick@fosteryarborough.com
FOSTER YARBOROUGH PLLC
917 Franklin Street, Suite 220, Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

*Counsel for Plaintiff C. Mario Jaramillo in:*
**CASE #: 3:24-cv-00761**