# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3114__ & TITLE - IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH

1. **Oral Argument** – Check ONE of the following boxes:

   [✓] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

   > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

   Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

   [✓] Support Centralization

   [ ] Oppose Centralization

   [ ] Other _____

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

   _____

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

    Plaintiff C. Mario Jaramillo

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

    C. Mario Jaramillo v. AT&T, Inc., Civil Action No. 3:24-cv-00761, pending before the Honorable Sam A. Lindsay in the United States District Court for the Northern District of Texas, Dallas Division

7. **Name and Address of Attorney Designated to Present Oral Argument:**

    Patrick Yarborough
    Name

    Foster Yarborough PLLC
    Law Firm

    Houston                                              TX
    City                                                 State

    Telephone No.: (713) 331-5254

    Email Address: patrick@fosteryarborough.com

| 2024-04-18 | Patrick Yarborough | *[signature]* |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (12/15)

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO.: 3114 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 18, 2024, I electronically filed the following: Notice of Presentation or Waiver of Oral Argument and Proof of Service using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to all counsel of record in this action. I further certify that a copy of the foregoing was served via electronic mail on all counsel or parties as follows:

| SERVICE VIA ELECTRONIC MAIL TO: | |
|---|---|
| | /s/Gilbert S. Keteltas<br>Gilbert S. Keteltas<br>**BAKER HOSTETLER, LLP**<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br>Tel.: (202) 861-1530<br>Fax: (202) 861-1783<br>Email: gketeltas@bakerlaw.com<br><br>**Counsel for Defendant AT&T, Inc** |
| Joe Kendall<br>Kendall Law Group<br>3811 Turtle Creek Blvd<br>Suite 825<br>Dallas, TX 75219<br>214-744-3000<br>Fax: 214-744-3015<br>jkendall@kendalllawgroup.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00757**<br>**CASE #: 3:24-cv-00758**<br>**CASE #: 3:24-cv-00774**<br>**CASE #: 3:24-cv-00772**<br>**CASE #: 3:24-cv-00760** | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>bruce@swclaw.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>MORGAN & MORGAN COMPLEX<br>LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 |

| | |
|---|---|
| | Telephone: (813) 223-5505<br>Facsimile: (813) 222-2434<br>jeanmartin@forthepeople.com<br>fburne@forthepeople.com<br><br>Counsel for Plaintiff Patricia Dean in:<br>**CASE #: 3:24-cv-00776** |
| Ronald Wright Armstrong, II<br>The Armstrong Firm, PLLC<br>109 Yoalana St.<br>Suite 210<br>Boerne, TX 78006<br>210-277-0542<br>Fax: 210-277-0548<br>rwaii@tafpllc.com<br><br>Debbie Branscum<br>Law Office of Debbie Branscum<br>PO Box 394<br>Bedford, TX 76095-0394<br>214-206-1975<br>Fax: 214-432-0130<br>dbranscum@tx.rr.com<br><br>Scott Edward Cole<br>Cole & Van Note<br>555 12th Street, Suite 2100<br>Oakland, CA 94607<br>510-891-9800<br>sec@colevannote.com<br>Counsel for Plaintiff Rachel Collier in:<br>**CASE #: 3:24-cv-00782** | Bruce William Steckler<br>Steckler Wayne Cherry & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>bruce@swclaw.com<br><br>Jeffrey Miles Ostrow<br>Steven Sukert<br>Kopelowitz Ostrow P.A.<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>954-525-4100<br>Fax: 954-525-4300<br>ostrow@kolawyers.com<br><br>Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com<br><br>J. Gerard Stranch, IV<br>STRANCH, JENNINGS &<br>GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br><br>Counsel for Plaintiff Nicholas Nelli in:<br>**CASE #: 3:24-cv-00759** |
| Bruce William Steckler<br>Steckler Wayne & Love PLLC<br>12720 Hillcrest Rd<br>Suite 1045 | David J. George<br>Brittany L. Brown<br>9897 Lake Worth Drive, Suite 302<br>Lake Worth, Florida 33467 |

| | |
|---|---|
| Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>bruce@swclaw.com<br><br>Bryan L. Bleichner<br>Philip J. Krzeski<br>CHESTNUT CAMBRONNE PA<br>100 Washington Ave., Ste. 100<br>Minneapolis, MN 55401-2138<br>Phone: (612) 767-3600<br>Fax: (612) 336-2940<br>bbleichner@chestnutcambronne.com<br>pkrzeski@chestnutcambronne.com<br><br>Counsel for Plaintiff Matthew Barkley in:<br>**CASE #: 3:24-cv-00769** | Telephone: (561) 232-6002<br>Facsimile: (888) 421-4173<br>dgeorge@4-Justice.com<br>bbrown@4-Justice.com<br>eservice@4-Justice.com<br><br>Lori G. Feldman<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Telephone: (917) 983-9321<br>Facsimile: (888) 421-4173<br>lfeldman@4-Justice.com<br><br>Janine L. Pollack<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Telephone: (917) 983-2707<br>Facsimile: (888) 421-4173<br>jpollack@4-Justice.com<br><br>Counsel for Plaintiff C. Mario Jaramillo in:<br>**CASE #: 3:24-cv-00761** |
| William B Federman<br>Kennedy M. Brian<br>Federman & Sherwood<br>212 W Spring Valley Road<br>Richardson, TX 75081<br>214-696-1100<br>Fax: 214-740-0112<br>wbf@federmanlaw.com<br>kpb@federmanlaw.com<br><br>Counsel for Plaintiff Lacrista A. Bagley in:<br>**CASE #: 3:24-cv-00770** | Joseph M. Lyon<br>Kevin M. Cox<br>THE LYON FIRM<br>2754 Erie Avenue<br>Cincinnati, Ohio 45208<br>Phone: 513-381-2333<br>Fax: 513-766-9011<br>jlyon@thelyonfirm.com<br>kcox@thelyonfirm.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00772** |
| Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>Phone: (513) 651-3700<br>Fax: (513) 665-0219<br>tcoates@msdlegal.com<br>jwalker@msdlegal.com<br>jdeters@msdlegal.com<br><br>Counsel for Plaintiff Andrew March in:<br>**CASE #: 3:24-cv-00758** | Samuel J. Strauss<br>Raina C. Borrelli<br>TURKE & STRAUSS LLP<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Telephone (608) 237-1775<br>Facsimile: (608) 509-4423<br>sam@turkestrauss.com<br>raina@turkestrauss.com<br><br>Counsel for Plaintiff Mike Montoya in:<br>**CASE #: 3:24-cv-00760** |

| | |
|---|---|
| Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>mbarney@sirillp.com<br>tbean@sirillp.com<br><br>Counsel for all Plaintiffs in:<br>**CASE #: 3:24-cv-00774** | Gary Klinger<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel.: 866-252-0878<br>Email: gklinger@milberg.com<br><br>James J. Pizzirusso<br>HAUSFELD LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel.: (202) 540-7200<br>Fax: (202) 540-7201<br>Email: jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>Tel.: (646) 357-1100<br>Fax: (212) 202-4322<br>Email: snathan@hausfeld.com<br><br>Joe Kendall<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek, Suite 1450<br>Dallas, TX 75219<br>Tel.: (214) 744-3000<br>Fax: (877) 744-3728<br>Email: jkendall@kendalllawgroup.com<br><br>Counsel for Plaintiff Alex Petroski in:<br>**CASE #: 3:24-cv-00757** |
| William B. Federman<br>Kennedy M. Brian<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>P: 405-235-1560<br>F: 405-239-2112<br>wbf@federmanlaw.com<br>kpb@federmanlaw.com<br><br>Counsel for Plaintiff Sam Knight in:<br>**CASE #: 5:24-cv-00324** | |

| **SERVICE VIA FIRST CLASS U.S. MAIL TO:** | |
|---|---|
| United States District Court<br>For the Northern District of Texas<br>1100 Commerce Street<br>Room 1452<br>Dallas, TX 75242 | |
| United States District Court<br>For the Western District of Oklahoma<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | |

/s/ Patrick Yarborough
Patrick Yarborough
Texas Bar No. 24084129
patrick@fosteryarborough.com
FOSTER YARBOROUGH PLLC
917 Franklin Street, Suite 220, Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

*Counsel for Plaintiff C. Mario Jaramillo in:*
***CASE #: 3:24-cv-00761***
*United States District Court for the Northern District of Texas, Dallas Division*