BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO: 3114 |

### INTERESTED PARTY RESPONSE OF PLAINTIFF C. MARIO JARAMILLO IN SUPPORT OF PLAINTIFF ALEX PETROSKI'S MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff C. Mario Jaramillo ("Jaramillo"), who filed the action entitled *Jaramillo v. AT&T, Inc.*, Civil Action No. 3:24-cv-00761 in the United States District Court for the Northern District of Texas, which has been consolidated with Movant Alex Petroski's first-filed case in this same district, submits this interested party response in support of Movant Alex Petroski's motion for transfer and centralization of the several related actions filed outside the Northern District of Texas to that District, the obvious forum for all federal judicial proceedings related to this data breach litigation commenced in 2024 (the "2024 AT&T Data Breach Litigation").

Jaramillo supports centralization in the Northern District of Texas, Dallas Division, for the reasons set forth in the movant's memorandum, and in particular because (1) AT&T, Inc.'s corporate headquarters are located there[1] and (2) the constituent cases have been filed in eight (8) district courts in five (5) states by plaintiffs from at least sixteen (16) states representing proposed classes including members in every state and territory in the country, so that Dallas's central

---

[1] *See, e.g., In re Delphi Corp. Securities, Derivative and "ERISA" Litigation*, 403 F.Supp.2d 1358, 1360 (J.P.M.L. 2005) (centralizing in district of defendant's headquarters, finding it "has a significant nexus to the litigation"); *In re Blackband, Inc. Consumer Data Security Breach Litigation*, 509 F. Supp.3d 1362, 1364 (J.P.M.L. 2020) (same, noting that "common witnesses and other evidence likely will be located in this district").

location and extensive travel infrastructure is ideally suited to handling this truly national case.[2] Furthermore, Defendant AT&T supports centralization in the Northern District of Texas,[3] and the Northern District of Texas has available capacity to handle this MDL, with only one current MDL with actions still pending.[4]

While it is theoretically possible for the parties to coordinate on an *ad hoc* basis through the use of venue transfer motions filed in districts outside the Northern District of Texas, venue transfer and related motion practice could result in inconsistent—and unsatisfactory—outcomes if one or more of the proposed class actions is not transferred to the Northern District of Texas. That is especially so now that the vast majority of the constituent cases in the proposed MDL are pending in the Northern District of Texas before Judge Ada Elene Brown, who this week consolidated the numerous cases filed in the district into a single consolidated action. And now that the instant Motion for Transfer and Centralization is set for hearing at the end of May, it is unlikely that a series of individual motions to transfer will be fully briefed, much less actually heard, within months of that date. Accordingly, transfer and consolidation by the Judicial Panel on Multidistrict Litigation would be superior to the delay and uncertainty that would attend an *ad hoc* coordination effort with so many cases now on file.

---

[2] *See In re Power Morcellator Prod. Liab. Litig.*, 140 F. Supp. 3d 1351, 1354 (J.P.M.L. 2015) (centralizing in the District of Kansas, noting it is "centrally located and easily accessible for all parties."); *In re Target Corp. Customer Data Sec. Breach Litig.*, 11 F.Supp.3d 1338, 1339 (J.P.M.L. 2014 (centralizing in the District of Minnesota, noting that "the District of Minnesota is easily accessible and relatively centrally located for the parties to this litigation, which is nationwide in scope").
[3] *See generally* ECF No. 66.
[4] UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, *MDL Statistics Report – Distribution of MDL Dockets by District*, Apr. 1, 2024, *available at* https://www.jpml.uscourts.gov/sites/jpml/files/Pending_MDL_Dockets_By_District-April-1-2024.pdf (last visited Apr. 24, 2024).

For these reasons, C. Mario Jaramillo joins in and supports Alex Petroski's motion to transfer and consolidate and requests that the relief sought therein be granted.

DATED: April 25, 2024                                    Respectfully submitted,

| **MATHIAS RAPHAEL PLLC** | **FOSTER YARBOROUGH PLLC** |
|---|---|
| Ori Raphael<br>Damon Mathias<br>13601 Preston Road, Suite W217<br>Dallas, TX 75240<br>214-739-0100<br>Fax: 214-739-0551<br>Email: ori@mrlaw.co<br>Email: damon@mrlaw.co | */s/ Patrick Yarborough*<br>Patrick Yarborough<br>Texas Bar No. 24084129<br>patrick@fosteryarborough.com<br>917 Franklin Street, Suite 220<br>Houston, Texas 77002<br>Telephone: (713) 331-5254<br>Facsimile: (713) 513-5202 |
| **GEORGE FELDMAN MCDONALD, PLLC** | **GEORGE FELDMAN MCDONALD, PLLC** |
| Lori G. Feldman (*pro hac vice* forthcoming)<br>New York Bar No. 2389070<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Telephone: (917) 983-9321<br>Facsimile: (888) 421-4173<br>lfeldman@4-justice.com | Janine L. Pollack (*pro hac vice* forthcoming)<br>New York Bar No. 041671989<br>745 Fifth Avenue, Suite 500 New York, New York 10151 Telephone: (917) 983-2707<br>Facsimile: (888) 421-4173<br>jpollack@4-Justice.com<br><br>George Feldman McDonald, PLLC<br>David J. George (*pro hac vice* forthcoming)<br>Florida Bar No. 898570<br>9897 Lake Worth Drive, Suite 302<br>Lake Worth, Florida 33467<br>Telephone: (561) 232-6002<br>Facsimile: (888) 421-4173<br>dgeorge@4-justice.com<br><br>***Counsel for C. Mario Jaramillo*** |

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO.: 3114 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Interested Party Response of Plaintiff C. Mario Jaramillo in Support of Plaintiff Alex Petroski's Motion for Transfer and Centralization of Related Actions to the Northern District of Texas pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings and this Proof of Service were served by email on April 25, 2024, on the following counsel:

| | |
|---|---|
| Joe Kendall<br>Texas Bar No. 11260700<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek, Suite 825<br>Dallas, TX 75219<br>Tel.: (214) 744-3000<br>Fax: (214) 744-3015<br>Email: jkendall@kendalllawgroup.com<br><br>Gary Klinger<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel.: 866-252-0878<br>Email: gklinger@milberg.com<br>James J. Pizzirusso<br><br>HAUSFELD LLP<br>888 16th Street, N.W., Suite 300<br>Washington, D.C. 20006<br>Tel.: (202) 540-7200<br>Fax: (202) 540-7201 | *Counsel for Plaintiff Alex Petroski*<br>*Served via email* |

| | |
|---|---|
| Email: jpizzirusso@hausfeld.com<br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall Street, Fourteenth Floor<br>New York, NY 10004<br>Tel.: (646) 357-1100<br>Fax: (212) 202-4322<br>Email: snathan@hausfeld.com | |
| Bruce W. Steckler, TX Bar No. 00785039<br>STECKLER WAYNE & LOVE, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>Tel: (972) 387-4040<br>Fax: (972) 387-4041<br>bruce@swclaw.com<br><br>Jeff Ostrow (pro hac vice forthcoming)<br>Steven Sukert (pro hac vice forthcoming)<br>KOPELOWITZ OSTROW P.A.<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: 954-525-4100<br>ostrow@kolawyers.com<br><br>Gary Klinger (pro hac vice forthcoming)<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com<br>J. Gerard Stranch, IV (pro hac vice forthcoming)<br><br>STRANCH, JENNINGS &<br>GARVEY, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com | *Counsel for Plaintiff Nicholas Nelli*<br>*Served via email* |
| Joe Kendall<br>Texas Bar No. 11260700<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek Blvd., Suite 825<br>Dallas, Texas 75219 | *Counsel for Plaintiff Mike Montoya*<br>*Served via email* |

| | |
|---|---|
| Telephone: 214/744-3000 / 214/744-3015 (fax)<br>jkendall@kendalllawgroup.com<br><br>Samuel J. Strauss<br>sam@turkestrauss.com<br>Raina C. Borrelli<br>raina@turkestrauss.com<br>TURKE & STRAUSS LLP<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Telephone (608) 237-1775<br>Facsimile: (608) 509-4423 | |
| Bruce W. Steckler, TX Bar No. 00785039<br>STECKLER WAYNE & LOVE, PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>Tel: (972) 387-4040<br>Fax: (972) 387-4041<br>bruce@swclaw.com<br><br>Bryan L. Bleichner (pro hac vice forthcoming)<br>Philip J. Krzeski (pro hac vice forthcoming)<br>CHESTNUT CAMBRONNE PA<br>100 Washington Ave., Ste. 100<br>Minneapolis, MN 55401-2138<br>Phone: (612) 767-3600<br>Fax: (612) 336-2940<br>bbleichner@chestnutcambronne.com<br>pkrzeski@chestnutcambronne.com | *Counsel for Matthew Barkley*<br>*Served via email* |
| William B. Federman<br>Tex. Bar No. 00794935<br>Kennedy M. Brian<br>FEDERMAN & SHERWOOD<br>212 Spring Valley Road<br>Richardson, Texas 75081<br><br>*and*<br><br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>P: 405-235-1560<br>F: 405-239-2112<br>E: wbf@federmanlaw.com<br>E: kpb@federmanlaw.com | *Counsel for Plaintiff Lacrista A. Bagley*<br>*Served via email* |

| | |
|---|---|
| Joe Kendall<br>Texas Bar No. 11260700<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek Blvd., Suite 825<br>Dallas, Texas 75219<br>Phone:214-744-3000<br>Fax: 214-744-3015<br>jkendall@kendalllawgroup.com<br><br>Joseph M. Lyon<br>Kevin M. Cox<br>THE LYON FIRM<br>2754 Erie Avenue<br>Cincinnati, Ohio 45208<br>Phone: 513-381-2333<br>Fax: 513-766-9011<br>jlyon@thelyonfirm.com<br>kcox@thelyonfirm.com | *Counsel for Plaintiffs Jeffrey Cumo and Tiara Alston*<br>*Served via email* |
| Joe Kendall<br>Texas Bar No. 11260700<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek Blvd., Suite 825<br>Dallas, Texas 75219<br>Phone:214-744-3000<br>Fax: 214-744-3015<br>jkendall@kendalllawgroup.com<br><br>Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>E: mbarney@sirillp.com<br>E: tbean@sirillp.com | *Counsel for Plaintiffs Richard Slovenkay and Wesley Hansen*<br>*Served via email* |
| Ronald W. Armstrong, II (S.B. #24059394)<br>THE ARMSTRONG FIRM, PLLC<br>109 Yoalana St., Suite 210<br>Boerne, Texas 78006<br>Telephone: (210) 277-0542<br>Facsimile: (210) 277-0548<br>Email: rwaii@tafpllc.com<br><br>Debbie Branscum (S.B. #02897300)<br>P.O. Box 394<br>Bedford, Texas 76095-0394 | *Counsel for Plaintiff Rachel Collier*<br>*Served via email* |

| | |
|---|---|
| Telephone: (214) 206-1975<br>Facsimile: (214) 432-0130<br>Email: dbranscum@tx.rr.com<br>Scott Edward Cole, Esq. (C.A. S.B. #160744)<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>Email: sec@colevannote.com | |
| Bruce W. Steckler<br>Texas Bar I.D. 00785039<br>STECKLER WAYNE & LOVE PLLC<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>Telephone: (972) 387-4040<br>Facsimile: (972) 387-4041<br>bruce@swclaw.com<br><br>Jean S. Martin<br>Francesca K. Burne<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 222-2434<br>jeanmartin@forthepeople.com<br>fburne@forthepeople.com | *Counsel for Plaintiff Patricia Dean*<br>*Served via email* |
| William B. Federman, OBA # 2853<br>Kennedy M. Brian, OBA #34617<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>P: 405-235-1560<br>F: 405-239-2112<br>E: wbf@federmanlaw.com<br>E: kpb@federmanlaw.com | *Counsel for Plaintiff Sam Knight*<br>*Served via email* |
| JOE KENDALL<br>Texas Bar No. 11260700<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek Blvd., Suite 825<br>Dallas, Texas 75219<br>Phone:214-744-3000<br>Fax: 214-744-3015<br>jkendall@kendalllawgroup.com | *Counsel for Plaintiff Andrew March*<br>*Served via email* |

| | |
|---|---|
| Terence R. Coates<br>Justin C. Walker<br>Jonathan T. Deters<br>MARKOVITS, STOCK & DEMARCO, LLC<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>Phone: (513) 651-3700<br>Fax: (513) 665-0219<br>tcoates@msdlegal.com<br>jwalker@msdlegal.com<br>jdeters@msdlegal.com | |
| Gilbert S. Keteltas<br>gketeltas@bakerlaw.com<br>BAKER HOSTETLER LLP<br>1050 Connecticut Avenue, NW, Suite 1100<br>Washington, DC 20036<br><br>C. Shawn Cleveland<br>scleveland@bakerlaw.com<br>BAKER HOSTETLER LLP<br>2850 N. Harwood Street, Suite 1100<br>Dallas, TX 75201 | *Counsel for Defendant AT&T, Inc.* |

Dated April 25, 2024.

Respectfully submitted,

*/s/ Patrick Yarborough*
Patrick Yarborough
Texas Bar No. 24084129
patrick@fosteryarborough.com
FOSTER YARBOROUGH PLLC
917 Franklin Street, Suite 220, Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202

*Attorney for Plaintiff C. Mario Jaramillo*